Richard W. Raynor (SBN 162289)
LAW OFFICE OF RICHARD W. RAYNOR
407 N. Pacific Coast Highway, Suite 280
Redondo Beach, California 90277
Tel.: (424)257-0284
Fax: (424)258-9462
e-mail: richard@richardraynor.com
Attorney for Defendant,
Mark Chavez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| United States of America,<br><br>    Plaintiff,<br><br>    vs.<br><br>Mark Chavez,<br><br>    Defendant. | Case No. 2:20-cr-00130-AB<br><br>[Proposed] ORDER TO CONTINUE SENTENCING DATE TO OCTOBER 25, 2024 |
|---|---|

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED AS FOLLOWS that the sentencing hearing for defendant MARK CHAVEZ in the above-captioned case is continued to **1:30 p.m. on October 25, 2024.**

**IT IS SO ORDERED.**

Dated: August 9, 2024

_____
THE HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

Presented by:

/S/   *Richard W. Raynor*
RICHARD W. RAYNOR
Attorney for Defendant
Mark Chavez

[Proposed] ORDER ON EX PARTE APPLICATION TO CONTINUE SENTENCING DATE